**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, | ) ) ) | 3:11-cv-00434-HDM-VPC |
| Appellant, | ) ) | |
| v. | ) ) | ORDER GRANTING VOLUNTARY DISMISSAL |
| COLLEEN WENSLEY-GARCIA, | ) ) | |
| Appellee. | ) ) | |

   Appellant has filed a notice of voluntary dismissal in the instant bankruptcy appeal (#15).  Accordingly, and good cause showing, the hearing currently scheduled for March 8, 2012 (#11) is VACATED and this appeal is DISMISSED.

   **IT IS SO ORDERED.**

   DATED: This 29th day of February, 2012.

   _____
   UNITED STATES DISTRICT JUDGE

1